IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII EMPLOYER'S MUTUAL INSURANCE COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GLOBAL HORIZONS, INC., )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 06-00668 JMS BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDING AND RECOMMENDATION

Finding and Recommendation having been filed and served on all parties on January 22, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Finding and Recommendation is adopted as the opinion and Order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 13, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge