IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC., ) ) ) | CIVIL NO.  06-00668 JMS BMK |
| Plaintiff, ) ) | |
| vs. ) ) | |
| GLOBAL HORIZONS, INC., ) ) | |
| Defendant. ) _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 31, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 16, 2008.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge